SINNOTT, PUEBLA, CAMPAGNE & CURET, APLC
    Karen L. Bizzini, #119391 (kbizzini@spcclaw.com)
550 S. Hope St., Suite 2350
Los Angeles, California 90071-2618
Tel: (213) 996-4200; Fax: (213) 892-8322

Attorneys for Defendant
Zurich American Insurance Company

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| CANOPIUS US INSURANCE, INC., a Delaware Corporation, | Case No. |
| Plaintiff, | **DECLARATION OF KAREN L. BIZZINI IN SUPPORT OF ZURICH AMERICAN INSURANCE COMPANY'S NOTICE OF REMOVAL OF CIVIL ACTION PURSUANT TO 28 U.S.C. §1441(b)(1) [DIVERSITY JURISDICTION]** |
| vs. | |
| ZURICH AMERICAN INSURANCE COMPANY, an Illinois corporation; ZURICH NORTH AMERICA, an Illinois corporation, and DOES 1 to 100, Inclusive, | **[Filed Concurrently with Zurich American Insurance Company's Notice of Removal of Civil Action]** |
| Defendants. | Originally filed in Superior Court of the State of California for the County of Los Angeles – East District, Case No. 19PSCV00437 |

*SINNOTT, PUEBLA, CAMPAGNE & CURET, APLC*
*550 S. HOPE ST., SUITE 2350*
*LOS ANGELES, CALIFORNIA 90071-2618*
*TEL (213) 996-4200 · FAX (213) 892-8322*

## DECLARATION OF KAREN L. BIZZINI

I, Karen L. Bizzini, declare as follows:

1.     I am an attorney duly licensed to practice and practicing law in the state courts in California.  I am also admitted to practice and practicing law in the United States District Court for the Central District of California.  I am a partner with the law firm of Sinnott, Puebla, Campagne & Curet, APLC, counsel for Zurich American Insurance Company ("Zurich American") in this matter.  I have personal knowledge of the following facts, and if called as a witness, I could and would competently testify to these facts.

2.     Plaintiff Canopius US Insurance, Inc. is now and was at the time it filed its Complaint against Zurich American on May 10, 2019, a corporation organized and existing under the laws of the State of Delaware, with its principal place of business in Delaware.  Plaintiff's Complaint against Zurich American is titled *Canopius US Insurance, Inc. v. Zurich American Insurance Company, and Zurich North America*, Case No. 19PSCV00437 ("State Court Action").  I attach as Exhibit A a true and correct copy of this Complaint.

3.     Zurich American is a corporation organized and existing under the laws of the State of New York, with its principal place of business in Schaumburg, Illinois.

4.     Canopius also named "Zurich North America" as a defendant in its Complaint.  Zurich American is the legal entity that issued the insurance policy at issue, and is thus the proper party defendant to respond to plaintiff's claims.  "Zurich North America" is merely a trade style used by Zurich American and its affiliates; it is not a corporation or other legal entity.  "Zurich North America" cannot join in or consent to removal because it is not a legal entity.  It is not a proper party defendant to the Complaint.

5.     Canopius alleges that it seeks damages from Zurich American "in a sum not less than $465,782.39 for defense fees, costs, and indemnity."  See Exhibit A, ¶¶17, 19, 25. The damages it seeks are for Zurich American's alleged breaches of its duties to defend and indemnify Canopius's policyholder Pearl of the East RTC, L.P. ("Pearl").  Canopius alleges that Pearl is an additional insured under insurance policy nos. GLA 427717809,

SINNOTT, PUEBLA, CAMPAGNE & CURET, APLC
550 S. HOPE ST., SUITE 2350
LOS ANGELES, CALIFORNIA 90071-2618
TEL (213) 996-4200 · FAX (213) 892-8322

2

1  CPP 594472304 and CPP 594472305, which it alleges Zurich American issued to Clark

2  Pacific.  See Exhibit A, ¶¶7, 15.  Canopius contends that these policies contain an

3  additional insured endorsement in favor of Pearl.  Canopius also alleges that 17 underlying

4  third-party lawsuits filed by *in pro per* plaintiffs against Pearl triggered Zurich American's

5  duties to defend and indemnify Pearl under these policies. *Id.,* at ¶¶13, 15.

6      6.    On Friday May 31, 2019, I called counsel for plaintiff Canopius, Mark

7  Phillips of Kramer, Deboer & Keane, to discuss the Complaint's allegations.  I advised

8  attorney Phillips (among other things) that the Zurich American policies issued to Clark

9  Pacific (policy nos. CPP 5944723-04 (12/1/12 – 12/1/13) and CPP 5944723-05 (12/1/13 –

10  12/1/14)) were commercial property policies, as Zurich American had previously advised

11  Canopius in 2016.  I advised that these policies insure loss to personal and real property

12  located at scheduled premises, and that these policies do not insure Pearl as an insured or

13  additional insured.  I also advised Mr. Phillips that liability policy no. GLA 427717809 did

14  not contain an additional insured endorsement that named Pearl, and that the additional

15  insured endorsement on policy no. GLA 427717809 contained language that only provided

16  additional insured coverage to an entity if it was required by a written contract or

17  agreement.  I advised that the subcontract between Clark Pacific and Pearl did not contain

18  such a requirement.  I also advised Mr. Phillips that contrary to plaintiff's allegation in

19  paragraph 16 of its Complaint, Zurich American had issued a letter declining coverage to

20  Pearl on March 18, 2016.  Mr. Phillips asked me to send him a copy of Zurich American's

21  letter declining coverage to Pearl and a copy of the additional insured endorsement on

22  policy no. GLA 427717809.

23      7.    On Monday June 3, 2019, I sent to attorney Mark Phillips a copy of the

24  additional insured endorsement on policy no. GLA 427717809, and a copy of Zurich

25  American's March 18, 2016 letter declining coverage to Pearl, as he had requested.  I

26  reiterated in my cover email that the additional insured endorsement on policy no. GLA

27  427717809 does not accord additional insured coverage to Pearl because there is no

28  written contract or agreement between Clark Pacific (Zurich American's policyholder) and

SINNOTT, PUEBLA, CAMPAGNE & CURET, APLC
550 S. HOPE ST., SUITE 2350
LOS ANGELES, CALIFORNIA 90071-2618
TEL (213) 996-4200 · FAX (213) 892-8322

3

Pearl that required Clark Pacific to name Pearl as an additional insured on its policy, as required by the express terms of the additional insured endorsement.  I asked Mr. Phillips to review these documents along with the materials he already possessed which Canopius and Zurich American had exchanged between 2014 - 2018, and consider voluntarily dismissing the Complaint.

8.      By Thursday June 6, 2019, I had not heard back from Mr. Phillips. I sent him another email following up on my June 3, 2019 email. I reiterated that all the documents in his possession demonstrate that the Complaint lacks merit.  I again requested that plaintiff voluntarily dismiss its Complaint.  I also advised that Zurich American planned to seek to remove the State Court Action to federal court and then to file a motion to dismiss the case on the merits. I invited Mr. Phillips or one of his colleagues to call me to discuss Zurich American's request and plan to remove the State Court Action to federal court.

9.      Mr. Phillips responded and advised me that he would not be able to respond until sometime the following week.  I reminded Mr. Phillips that the deadline by which Zurich American had to file its removal pleadings was Monday June 17, 2019.  I did not hear back from Mr. Phillips.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed on this 17 day of June, 2019, at Los Angeles, California.

Karen L. Bizzini

DECLARATION OF KAREN L. BIZZINI IN SUPPORT OF ZURICH AMERICAN INS. CO.'S NOTICE OF REMOVAL OF CIVIL ACTION PURSUANT TO 28 U.S.C. §1441(b)(1) [DIVERSITY JURISDICTION]

SINNOTT, PUEBLA, CAMPAGNE & CURET, APLC
550 S. HOPE ST., SUITE 2350
LOS ANGELES, CALIFORNIA 90071-2618
TEL (213) 996-4200 · FAX (213) 892-8322